Nevada Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada; VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRACY TAYLOR, P.E., individually, in his official capacity as the NEVADA STATE ENGINEER; Jason King, P.E., individually, in his capacity as ACTING NEVADA STATE ENGINEER,<br><br>Defendants. | Case No.:   3:09-cv-00392-LRH-VPC<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE REPLY TO REPSONSE FOR MOTION TO DISMISS**<br><u>ORDER</u> |

<u>JOINT STIPULATION FOR EXTENSION OF TIME TO FILE REPLY</u>

(First Request)

Defendant Tracy Taylor, P.E., State Engineer, Jason King, Acting Nevada State Engineer, by and through their counsel Catherine Cortez Masto, Attorney General and Bryan L. Stockton, Senior Deputy Attorney General; and Lincoln County Water District and Vidler Water Company, Inc., by and through their counsel, Karen A. Peterson, of the law firm Allison, MacKenzie, Pavlakis, Wright & Fagan, hereby stipulate to extend the time for the State Defendants to file their Reply brief to the Response to the Motion to Dismiss by two weeks.

///

1

NOW THEREFORE, IT IS HEREBY STIPULATED, that the State Defendants Reply to the Response to the Motion to Dismiss which is currently due November 9, 2009 shall be due on November 23, 2009.

Dated: November 5, 2009

CATHERINE CORTEZ MASTO
Attorney General

By: *[signature]*
BRYAN L. STOCKTON
Senior Deputy Attorney General
*Attorneys for Defendants*
*Tracy Taylor and ~~Jason~~ King*

Dated: November 5, 2009

*[signature]*
KAREN A. PETERSON
*Attorney for Plaintiffs*
*Lincoln County Water District*
*Vidler Water Company*

IT IS SO ORDERED nunc pro tunc:

*[signature]*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: November 10, 2009

Nevada Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717